ALBANY DISCOUNT CORPORATION, Respondent, v. FELIX ST. DENNIS, Appellant, et al., Defendants.—

708

Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.